Case 7:17-cr-00185-AJ Document 1 FILED SD Filed 08/23/17 Page 1 of 2

**FILED**

AUG 23 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>OJIN KIM, AND<br>HANS KIM,<br><br>Defendants. | CRIMINAL NO. **MO 17 CR · 183**<br>INDICTMENT<br><br>[Vio: (Count 1) - Title 17 U.S.C. §<br>506(a)(1)(A) and 18 U.S.C., Section<br>2319(b)(1); Copyright Infringement, and<br>(Count 2) - Title 17 U.S.C. § 506(a)(1)(B)<br>and 18 U.S.C. § 2319(c)(1); Copyright<br>Infringement] |

**H 17-1555M**

United States Courts
Southern District of Texas
FILED
*October 12, 2017*
David J. Bradley, Clerk of Court

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Title 17 U.S.C. Section 506(a)(1)(A) and Title 18 U.S.C., Section 2319(b)(1))

Beginning on or about May 1, 2016, and continuing through, and including, on or about November 21, 2016, in the Western District of Texas and elsewhere, the defendants,

**OJIN KIM, and
HANS KIM,**

did willfully and for purposes of commercial advantage and private financial gain, infringe a copyright by reproducing and distributing, during a 180-day period, ten (10) or more copies of one (1) or more copyrighted works, to-wit, gaming software, which have a total retail value of more than $2,500.00, in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18 United States Code, Section 2319(b)(1).

## COUNT TWO
(Title 17 U.S.C. Section 506(a)(1)(B) and Title 18 U.S.C. Section 2319(c)(1))

Beginning on or about May 1, 2016, and continuing through, and including, on or about November 21, 2016, in the Western District of Texas and elsewhere, the defendants,

**OJIN KIM**, and
**HANS KIM**,

did willfully infringe a copyright by reproducing and distributing, during a 180-day period, ten (10) or more copies of one (1) or more copyrighted works, to-wit, gaming software, which have a total retail value of more than $2,500.00, in violation of Title 17, United States Code, Section 506(a)(1)(B), and Title 18 United States Code, Section 2319(c)(1).

A TRUE BILL.

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

*[signature]*

WILLIAM F. LEWIS, JR.
Assistant United States Attorney

Original signed by the
foreperson of the Grand Jury

**SEALED**

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:17-CR-183 |
| HANS KIM | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HANS KIM
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

17 USC 506(a)(1)(A) and 18 USC 2319(b)(1) Copy Right Infringement

Date: 08/23/2017

*Issuing officer's signature*

City and state: Midland, Texas

Lorena G. Garcia, Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | *Arresting officer's signature* |
| | *Printed name and title* |

A true copy of the original. I certify.
Clerk, U. S. District Court

By _____
Deputy